

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00001-CV

**IN RE** Jordan **HOPPE**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:   Luz Elena D. Chapa, Justice
           Irene Rios, Justice
           Lori I. Valenzuela, Justice

Delivered and Filed: March 9, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

Relator Jordan Hoppe petitions this court for a writ of mandamus. After considering the petition, the appendix, and the response from real party in interest Scott Hoppe, this court concludes relator has not shown herself to be entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2017-CI-02605, styled *In the Interest of M.H. and A.H.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.